1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Marc_RK.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Geronimo Juarez Diaz

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

**FRESNO DIVISION**

10

11

| | |
|---|---|
| GERONIMO JUAREZ DIAZ, | ) Case No.: 1:09-cv-2196 GSA |
| Plaintiff, | ) STIPULATIONFOR DISMISSAL |
| vs. | ) WITH PREJUDICE; AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

18

TO THE HONORABLE Sheila K. Oberto, United States District Court, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Geronimo Juarez Diaz ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: July 8, 2010                    Respectfully submitted,

                                LAW OFFICES OF ROHLFING & KALAGIAN, LLP

                                /s/ *Marc V. Kalagian*
                      BY:_____
                         Marc V. Kalagian
                         Attorney for plaintiff Geronimo Juarez Diaz

DATED: July 8, 2010

                         BENJAMIN B. WAGNER
                         United States Attorney

                                /s/ *Brenda M. Pullin*
                      BY: _____
                         Brenda M. Pullin
                         Special Assistant United States Attorney
                         Attorneys for Defendant Michael J. Astrue,
                         Commissioner of Social Security
                         *(Per e-mail authorization)

## **ORDER**

Upon the parties' stipulation, it is ORDERED that this matter be dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **July 21, 2010**                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE